UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN WALKER JONES, | Case No. 20-cv-02268-HSG |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| CDCR WARDEN, SALINAS VALLEY STATE PRISON, et al., | |
| Defendants. | |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. Judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated:   6.11/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge