UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER JONES,<br><br>Plaintiff,<br><br>v.<br><br>CDCR WARDEN, SALINAS VALLEY STATE PRISON, et al.,<br><br>Defendants. | Case No. 20-cv-02268-HSG<br><br>**ORDER DENYING RECONSIDERATION WITHOUT PREUDICE**<br><br>Re: Dkt. No. 7 |

On April 1, 2020, plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because he had not paid the filing fee or submitted a complete *in forma pauperis* application, and because he had not submitted a complaint on the proper form. Dkt. Nos. 3, 4. Plaintiff was instructed to respond within twenty-eight days of the date of the order. Dkt. Nos. 3, 4. On June 11, 2020, the Court dismissed this action without prejudice for failure to file the necessary documents, and entered judgment in favor of defendants. Dkt. Nos. 5, 6.

Now pending before the Court is plaintiff's pleading titled "Notice of Motion and Motion for Amended Notice of Appeal Reconsideration." Dkt. No. 7. Plaintiff alleges that the dismissal was in error because he was transferred to Kern Valley State Prison on June 17, 2020 and therefore did not receive mail that arrived at Salinas Valley State Prison, his prior place of incarceration, after June 17, 2020. He claims that prison officials have retaliated against him and withheld his legal mail, and states that he has been granted leave to proceed *in forma pauperis* in other actions and receives no income. Dkt. No. 7. The Court construes this motion as a request to reopen this case. The motion is DENIED without prejudice to re-filing. However, any renewed motion to reopen this case must be accompanied by a complaint on the proper form and a

complete *in forma pauperis* application.  The Clerk shall provide plaintiff with two copies of the civil rights complaint form and of the *in forma pauperis* application.

This order terminates Dkt. No. 7.

**IT IS SO ORDERED.**

Dated:   7/29/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge